

# Palm Beach County Sheriff's Office
# CERTIFICATE OF ACHIEVEMENT

TO

*Deputy Felisma #9462*

FOR DISTINGUISHED SUPERIOR ACHIEVEMENT AND SELECTION AS DISTRICT 4
DEPUTY OF THE QUARTER

APRIL 2016



_____
EXECUTIVE OFFICER
LIEUTENANT LAURIE PFEIL

_____
DISTRICT COMMANDER
CAPTAIN RICHARD DIBERARDINO



# Palm Beach County Sheriff's Office

## HONORABLE SERVICE MEDAL

is hereby awarded to

### Frantz Felisma

For honorable and faithful service for period of five (5) qualifying years

August 21, 2014
DATE

CHAIRMAN - AWARDS COMMITTEE

SHERIFF, PALM BEACH COUNTY, FLORIDA



## LAW OFFICE OF
## LYDIA CHARLES, LLC

January 2, 2017

US District Court
701 Clematis St # 453
West Palm Beach, FL 33401
Attention: The Honorable Judge of the District Court

RE: Frantz Felisma

Dear Judge,

My name is Lydia Fils Charles. I am an attorney at the Law Office of Lydia Charles, LLC. I am writing this letter on behalf of Mr. Frantz Felisma whom I have known both personally and professionally.

I met Frantz Felisma in September 2012 while he was installing blinds at a mutual friend's business. He was very courteous and professional that my husband and I hired him that same day to install blinds at my husband's business. We were very satisfied with the work that he has done. We referred him to all of our friends. He has also installed blinds in our home. He was always fair with his prices, showed up on time, cleaned up and did a very beautiful job. People in the community nicknamed him "Master blinds", the name of his business.

Throughout the years, we became friends. Through Mr. Felisma's soccer coaching, our 7 year old, Isaiah became friends with Mr. Felisma's 7 year old son, Daven. The two little boys are now best friends. Mr. Felisma is a kindhearted person who wants the best for everyone. Frantz loves soccer so much that he invited my son and husband to his bi-weekly soccer practice.

When my 17 year son started hanging out with the wrong crowd at school, Mr. Felisma took time to personally go out with him. On several occasions, he would talk to him in a way that my husband and I could not. I am happy to report that my now 19 year old son is a private 2 in the US military. This was possible because Mr. Felisma was a positive influence in his life.

Mr. Felisma played in several sports including softball with the Palm Beach County's Sheriff's office. My office sponsored some of those events by paying for the team's uniform. The Palm Beach County's Sheriff's Office in return supported many Haitian community events that we held by sending officers to

**5725 Corporate Way Suite 107**
**West Palm Beach, FL 33407**

**T: 561-777-4545**
**F: 561-300-2190**



speak to the youth, ice cream for the kids, and other coloring books. Mr. Felisma was always the one making the connection for those community events to be successful.

I can say that Mr. Felisma is a very good person. He is honest and an upstanding citizen.

Your Honor, I thank you for your time.

Respectfully submitted,

Lydia F. Charles, Esq.

8975 Okeechobee Blvd., Unit 203,

West Palm Beach, Florida

West Palm Beach, FL 33401


01/02/2017


Your Honor,

I am writing to vouge for the character of my dear friend who I consider a brother, Frantz Felisma who faced criminal charges before your court.


I have known Frantz for several years predating is time in the Palm Beach County Sheriffs Office. I considered him not just a dear friend but a brother even though not by birth. He is a person of good moral standing who has been an example to me and many of his friends and associates. When I decided to pursue a career in Law Enforcement, he was willing to mentor me in the process. This has significantly makes the process easier towards a career I am extremely passionate about.


Frantz is also very active in the community coaching kids in soccer with whatever little time he has from a busy schedule. This is a game he played at a professional level and is extremely passionate about. He always tried to help everyone in whatever way he can. Frantz really like to help people. Sometimes I am concern this might be his demise by virtue, someone could take advantage of him and his kindness. The Frantz I know is a good person. I wish we all could know the person he is.


In my opinion, Frantz is one of the most dedicated persons in law enforcement. He rarely takes time off from work and is always willing to work extra details. Very recent he was appointed deputy of the month shortly after he called me very excitedly saying he is deputy of the year.  This is an aspiration I can only dream of.


Frantz is a dedicated step- father to his kids and supportive husband to his wife Daphne. He always puts home first. He is very supportive of his extended family especially his hailing mother living in Haiti.


If you wish to verify the contents of this statement, please do not hesitate to contact me at (561)512-7789 or duenogilvie@hotmail.com


Duen Nee O'Gilvie

01/02/2017

